Roseann Sestito
53 Cann Rd.
Newark, DE 19702

September 2, 2005

Brendan Sherman
The Ellsher Group, Inc.

Dear Sir:

The Asset Purchase Agreement for the business located at 509 Basin Road, Basin Road Plaza, New Castle, DE 19720 (AKA Basin Plaza Laundry) will now be considered void as of today, Sept. 2, 2005.

Page 5, Paragraph 13, Section (a) of the Assets Purchase Agreement, Contingencies list, states that the Seller and Purchaser's obligation to proceed to settlement is contingent upon: **The seller's assignment of the real estate lease for the Business to Purchaser without any modifications in the terms of the lease whatsoever.** As of September 1st, the settlement date, the contingency above has not been completed. Since the lease has not been assigned to Summer State, LLC (AKA, the Purchaser), the asset purchase agreement will now be considered null and void.

Please send me the down payment of $14,000 less the $40 fee you paid.

Thank you

*Roseann Sestito* (signature)

Roseann Sestito
Summer State, LLC

Exhibit 6