05-709SLR

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/6/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Brendan Sherman | Pres |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served the Defendant at its new address, via hand delivery, at 98 Route 202 Chadds Ford PA 19317

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/6/05
           Date                Signature of Server

368 Merlin Rd Phoenixville PA 19460
Address of Server



RECEIVED
OCT 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.