IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JFS HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-709 (SLR) |
| | ) |
| ABESSINIO PROPERTY MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE**

The Matlusky Firm, LLC, and David E. Matlusky, Esquire hereby enters its appearance on behalf the Defendant in the above referenced matter.

Dated: October 26, 2005

THE MATLUSKY FIRM, LLC

_____
David E. Matlusky (#3974)
1423 North Harrison Street, 1st Floor
Wilmington, DE 19806
(302) 658-4474 phone
(302) 658-5130 fax
*Attorney for Defendant*