IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JFS HOLDINGS, INC., a Corporation | )<br>)<br>) |
| Plaintiff, | ) C.A. No.: 05-00709 SLR<br>) |
| v. | )<br>)<br>) |
| ABESSINIO PROPERTY MANAGEMENT, INC. a Corporation | )<br>)<br>)<br>) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Garvan F. McDaniel, Esquire of Bifferato, Gentilotti, Biden & Balick, 1308 Delaware Avenue, P.O. Box 2165, Wilmington, DE 19899-2165 as attorney for plaintiff, **JFS Holdings, Inc.** Plaintiff reserves the right to answer, object or otherwise plead.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

By: _/s/ G. McD._
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900