## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2005, a copy of the foregoing *Entry of Appearance* was caused to be served by first class mail (unless otherwise indicated) upon the following:

David Matlusky, Esquire
The Matlusky Firm
1423 North Harrison Street
1st Floor
Wilmington, DE 19806

By: _____
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
Bifferato, Gentilotti, Biden & Balick
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165