IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JFS Holdings, Inc. | ) | |
| Plaintiff | ) | Civil Action No. 05-709 (SLR) |
| v. | ) | |
| Abessinio Property Management, Inc. | ) ) | |
| Defendant | | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brendan J. Sherman, Esquire to represent the Plaintiff, JFS Holdings, Inc., in this matter.

Bifferato, Gentilotti, Biden & Balick, P.A.

By: _____
Ian Connor Bifferato, Esquire (ID 3273)
Garvan F. McDaniel, Esquire (ID 4167 )
1308 Delaware Avenue
Wilmington, DE 19806
(302) 429-1900
Attorney for Plaintiff

Date: 12/22/05

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

Date:_____        _____
                              Honorable Sue L. Robinson

## CERTIFICATION BY COUSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Brendan J. Sherman, Esquire
368 Merlin Road
Phoenixville, PA 19460
610 761-3443

Date: 12/22/05