

# BIFFERATO GENTILOTTI
# BIDEN & BALICK

January 24, 2006

Email: jkk@bgbblaw.com
Direct Dial: 302 254 5380

**BY E-FILE**
The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *JSF Holdings Inc. v. Abessinio Property Management Inc.*
            Civil Action No. 05-709

Dear Chief Judge Robinson:

    This firm, along with Brendan J. Sherman, Esq. (previously admitted *pro hac vice*), is counsel to the plaintiff in the above-referenced proceeding. Pursuant to the Court's *Order for Scheduling Conference*, entered January 4, 2006, enclosed please find a proposed discovery plan upon which the parties have conferred. Additionally, as counsel to the plaintiff, we will initiate the telephonic scheduling conference to be held tomorrow, January 25, 2006 at 9:00 a.m., as required by the Court's *Order*. We are available at the Court's convenience should it have any questions in the interim.

                      Respectfully,

                      Joseph K. Koury (#4272)

Enclosure
cc:    David E. Matlusky, Esq. (by hand (w/ enclosure))