# BIFFERATO GENTILOTTI
# BIDEN & BALICK

February 7, 2006

Email: jkk@bgbblaw.com
Direct Dial: 302 254 5380

**BY E-FILE**

The Honorable Sue L. Robinson
Chief Judge
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *JSF Holdings Inc. v. Abessinio Property Management Inc.*
           Civil Action No. 05-709

Dear Chief Judge Robinson:

    This firm, along with Brendan J. Sherman, Esq. (previously admitted *pro hac vice*), is counsel to the plaintiff in the above-referenced proceeding. Enclosed please find a draft discovery plan reflecting the Court's comments from the January 25, 2006 scheduling conference. We respectfully request that the Court enter it at the Court's earliest convenience and are available to answer any questions the Court may have.

           Respectfully,

           Joseph K. Koury (#4272)

Enclosure

cc:    David E. Matlusky, Esq. (by mail (w/ enclosure))