# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JFS HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-709 (SLR) |
| | ) | |
| ABESSINIO PROPERTY MANAGEMENT, INC., | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

COMES NOW, The Matlusky Firm, LLC, the undersigned, and hereby certifies and notices the Court that on this 24th day of April, 2006, a copy of Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Request for Production of Documents Directed to Plaintiff, were served upon the following persons and in the manner indicated:

**VIA U.S. MAIL, postage pre-paid**
JFS Holdings, Inc.
Attn: Brendan Sherman, Esq.
368 Merlin Road
Phoenixville, PA 19460

**VIA HAND-DELIVERY**
Bifferato Gentilotti Biden & Balick
Attn: Joseph K. Koury, Esq.
Attn: Garvan F. McDaniel, Esq.
1308 Delaware Avenue
Wilmington, DE 19806

THE MATLUSKY FIRM, LLC

DATED:_____

/S/ DAVID E. MATLUSKY
David E. Matlusky (#3974)
Tara M. DiRocco (#4699)
1423 North Harrison Street
Wilmington, DE 19806
(302) 658-4474 telephone
(302) 658-5130 facsimile
*Attorney for Defendant*