**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JFS HOLDINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-709 (SLR) |
| ) | |
| ABESSINIO PROPERTY ) | |
| MANAGEMENT, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF DEPOSITION**

    PLEASE TAKE NOTICE that counsel for the Defendant will take the oral deposition of **Roseann Sestito** on **Thursday, May 30, 2006, at 9:00 a.m.** at the offices of The Matlusky Firm, LLC, 1423 North Harrison Street, Wilmington, DE 19806. The deposition will be stenographically recorded and taken by a notary public, court reporter, or other authorized person. The deposition will continue until 10:00 a.m. per the February 10, 2006, Scheduling Order.

                                        Respectfully Submitted,

                                        THE MATLUSKY FIRM, LLC

DATED: May 2, 2006                    /s/ David E. Matlusky
                                                    David E. Matlusky (#3974)
                                                    Tara M. DiRocco (#4699)
                                                    1423 North Harrison Street
                                                    Wilmington, DE 19806
                                                    (302) 658-4474 telephone
                                                    (302) 658-5130 facsimile

## **CERTIFICATE OF SERVICE**

      I, David E. Matlusky, hereby certify that on May 2, 2006, two (2) copies of the foregoing Notice of Deposition were served upon the following counsel:

**ELECTRONICALLY AND U.S. MAIL, postage pre-paid**
Bifferato Gentilotti Biden & Balick
Attn: Joseph K. Koury, Esq.
Attn: Garvan F. McDaniel, Esq.
1308 Delaware Avenue
Wilmington, DE 19806

**VIA U.S. MAIL, postage pre-paid**
JFS Holdings, Inc.
Attn: Brendan Sherman, Esq.
368 Merlin Road
Phoenixville, PA 19460

                                              /s/ David E. Matlusky
                                              David E. Matlusky