# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JFS HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-709 (SLR) |
| | ) | |
| ABESSINIO PROPERTY MANAGEMENT, INC. | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that counsel for the Defendant will take the oral deposition of **Brendan Sherman** on **Thursday, May 30, 2006, at 10:30 a.m.** at the offices of The Matlusky Firm, LLC, 1423 North Harrison Street, Wilmington, DE 19806. The deposition will be stenographically recorded and taken by a notary public, court reporter, or other authorized person. The deposition will continue from day to day until complete.

    Respectfully Submitted,

    THE MATLUSKY FIRM, LLC

DATED: May 2, 2006

/s/ David E. Matlusky
David E. Matlusky (#3974)
Tara M. DiRocco (#4699)
1423 North Harrison Street
Wilmington, DE 19806
(302) 658-4474 telephone
(302) 658-5130 facsimile

## CERTIFICATE OF SERVICE

       I, David E. Matlusky, hereby certify that on May 2, 2006, two (2) copies of the foregoing Notice of Deposition were served upon the following counsel:

**ELECTRONICALLY AND U.S. MAIL, postage pre-paid**
Bifferato Gentilotti Biden & Balick
Attn: Joseph K. Koury, Esq.
Attn: Garvan F. McDaniel, Esq.
1308 Delaware Avenue
Wilmington, DE 19806

**VIA U.S. MAIL, postage pre-paid**
JFS Holdings, Inc.
Attn: Brendan Sherman, Esq.
368 Merlin Road
Phoenixville, PA 19460

                                                                       /s/ David E. Matlusky
                                                                       David E. Matlusky