IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JFS HOLDINGS, INC.,

    Plaintiff,

v.

ABESSINIO PROPERTY
MANAGEMENT, INC.,

    Defendant.

Case No. 05-709 (SLR)

## NOTICE OF SERVICE

**COMES** NOW, Bifferato Gentilotti Biden & Balick, the undersigned, and hereby certifies upon and information and belief and notices the Court that on this 22nd day of May, 2006, a copy of Plaintiff's Answers to Defendant's First Set of Interrogatories and Production of Documents, were served upon the following persons and in the manner indicated:

VIA U.S. MAIL, postage pre-paid

The Matlusky Firm LLC
Attn: David E. Matlusky, Esquire
1423 North Harrison Street
Wilmington, DE 19806

 

_____
Garvan F. McDaniel (#4167)
Bifferato Gentilotti Biden & Balick
1308 Delaware Avenue
Wilmington, DE 19806
Attorney for Plaintiff