## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JFS HOLDINGS INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-709-SLR |
| ABESSINIO PROPERTY MANAGEMENT INC., | : |
| Defendant. | : |

## ORDER

At Wilmington this **2nd** day of **August, 2006**,

IT IS ORDERED that the mediation conference tentatively scheduled for Friday, November 3, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE