## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JFS HOLDINGS, INC., a )
Corporation )
  )
            Plaintiff, )   C.A. No.: 05-00709 SLR
  )
v. )
  )
  )
ABESSINIO PROPERTY )
MANAGEMENT, INC., a )
Corporation )
  )
            Defendant. )

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by the parties, through their undersigned counsel, that the

above referenced proceeding shall be dismissed with prejudice.

| BIFFERATO, GENTILOTTI, BIDEN & BALICK, L.L.C. | THE MATLUSKY FIRM LLC |
|---|---|
| *[signature]* | *[signature]* |
| Garvan F. McDaniel (DE Id. No. 4167) | David Matlusky, Esquire (DE Id. No. 3974) |
| 1308 Delaware Avenue | The Matlusky Firm LLC |
| P.O. Box 2165 | 1423 N. Harrison Street |
| Wilmington, DE 19899-2165 | First Floor |
| Tel. (302) 429-1900 | Wilmington, DE 19806 |
| Fax. (302) 429-8600 | Tel. (302) 658-4474 |
| Attorney for Plaintiff | Fax. (302) 658-5130 |
| | Attorney for Defendant |
| Dated: 10-13-06 | Dated: 10-11-06 |